1
 Americans for Prosperity, a Colorado nonprofit corporation, Petitioner v. State of Colorado; Jared Polis, in his official capacity as the Governor of the State of Colorado; Colorado Department of Revenue; Robert Jaros, in his official capacity as the Controller for the State of Colorado; Community Access Enterprise; Clean Fleet Enterprise; Clean Transit Enterprise; Nonattainment Area Air Pollution Mitigation Enterprise; and Statewide Bridge and Tunnel Enterprise. Respondents No. 25SC352
Supreme Court of Colorado, En Banc
September 29, 2025
           Court
 of Appeals Case No. 24CA1066
 
 
 
          Petition
 for Writ of Certiorari DENIED.